# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN D. BAILEY,<br><br>    Petitioner,<br><br>v.<br><br>CONNIE GIPSON, Warden,<br><br>    Respondent. | Case No. EDCV 11-1513-ODW (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that: (1) Petitioner's Motion for Leave to Amend be granted as to Grounds Two and Four; (2) Petitioner's Motion for Leave to Amend be denied as to Grounds Three and Five; (3) within thirty (30) days of the filing of this Order, Respondent shall file an Amended Answer or notify the Court that he is standing on his original Answer;

and (4) Petitioner may file a Reply within thirty (30) days of the date of service of the Amended Answer or the notice that Respondent is standing on his original Answer.

DATED: October 2, 2012

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE