# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DWAYNE BAILEY,<br><br>               Petitioner,<br><br>   v.<br><br>CONNIE GIPSON, Warden,<br><br>               Respondent. | Case No. EDCV 11-1513-ODW (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: October 15, 2013

                                               OTIS D. WRIGHT, II
                                      UNITED STATES DISTRICT JUDGE